**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA MALOYAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ USA LLC, a Delaware Limited Liability Company, <br><br> Defendants, | Case No.: CV 22-7396-GW-SKx <br><br> *Assigned to the Hon. George H. Wu and Magistrate Judge Steve Kim* <br><br> **ORDER REGARDING DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: June 8, 2023      By: _____

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE